IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAMSON RESOURCES CORPORATION, *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-11934 (BLS)<br>(Jointly Administered) |
| PETER KRAVITZ, as Settlement Trustee of and on behalf of the SAMSON SETTLEMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SAMSON ENERGY COMPANY, LLC, *et al.*<br><br>Defendants | Adv. Pro. No. 17-51524 (BLS) |

**MOTION OF DEFENDANTS STACY FAMILY TRUST,
SFT (DELAWARE) MANAGEMENT, LLC, ST 2008 (DELAWARE)
MANAGEMENT, LLC, SCHUSTERMAN 2008 DELAWARE TRUST,
STACY FAMILY DELAWARE TRUST, SAMSON EXPLORATION, LLC,
SAMSON OFFSHORE, LLC, AND SAMSON ENERGY COMPANY, LLC
<u>FOR SUMMARY JUDGMENT BASED ON PLAN RELEASE</u>**

Pursuant to Federal Rule of Civil Procedure 56, made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7056, Stacy Family Trust, SFT (Delaware) Management, LLC, ST 2008 (Delaware) Management, LLC, Schusterman 2008 Delaware Trust, Stacy Family Delaware Trust, Samson Exploration, LLC, Samson Offshore, LLC, and Samson Energy Company, LLC (the "Moving Defendants") move for summary judgment as to all counts asserted against them in the Complaint. As grounds, the Moving Defendants rely on the *Declaration of Drew Phillips in Support of Motion for Summary Judgment Based on Plan Release*, the exhibits thereto, their *Memorandum in Support of Motion for Summary Judgment Based on Plan Release* filed herewith, and such additional facts and law as this Court may

properly consider via judicial notice or otherwise.

## LOCAL RULE 7012-1 STATEMENT

Pursuant to Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the Moving Defendants advise the Court that they do not waive, and to the contrary affirmatively assert, all of their rights under Article III of the Constitution of the United States to, among other things, have all final orders and/or judgments in this matter determined by an Article III court ("Article III Rights").  Pursuant to the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012 ("Order"), the Moving Defendants understand that it is the practice of this Court and of the District Court that this Court will ordinarily retain supervision of this action for initial review of any pretrial motions, subject to potential further review in the District Court. The Moving Defendants' adherence to the practice set out by the District Court in the Order may not be deemed a waiver of any Article III Rights.

*[Remainder of page intentionally left blank.]*

WHEREFORE, the Moving Defendants request that the Court enter summary judgment on all counts of the complaint asserted against them, and grant to them such other and further relief as may be just and proper.

May 23, 2018

Respectfully submitted,

David M. Stern (admitted pro hac vice)
David M. Guess (admitted pro hac vice)
**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, CA  90067-6049
(310) 407-4000

/s/ Michael R. Nestor
Michael R. Nestor (No. 3526)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square, 1000 North King Street
Wilmington, DE  19801
(302) 571-6699

Sabin Willett (admitted pro hac vice)
Andrew J. Gallo (admitted pro hac vice)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA  02110
(617) 341-7700

*Counsel for the Moving Defendants*