IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SAMSON RESOURCES CORPORATION, *et al.*, | Case No. 15-11934 (BLS) (Jointly Administered) |
| Debtor. | |
| PETER KRAVITZ, as Settlement Trustee of and on behalf of the SAMSON SETTLEMENT TRUST, | |
| Plaintiff, | Adv. Pro. No. 17-51524 (BLS) |
| v. | |
| SAMSON ENERGY COMPANY, LLC, *et al.* | |
| Defendants | |

## MOTION OF DEFENDANT STACY SCHUSTERMAN FOR SUMMARY JUDGMENT AS TO COUNTS III, IV AND CORRELATIVE PORTIONS OF COUNT V OF THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 56, made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7056, Defendant Stacy Schusterman moves for summary judgment on Counts III, IV and the correlative portions of Count V of the complaint.  As grounds, Ms. Schusterman relies on the *Declaration of Drew Phillips in Support of Motion for Summary Judgment of Defendant Stacy Schusterman*, her *Memorandum in Support of Motion for Summary Judgment as to Counts III, IV and Correlative Portions of Count V of the Complaint* filed herewith, and such additional facts and law as this Court may properly consider via judicial notice or otherwise.

## LOCAL RULE 7012-1 STATEMENT

Pursuant to Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for

DB1/ 97585216.2

the District of Delaware, Ms. Schusterman advises the Court that she does not waive, and to the

contrary affirmatively asserts, all of her rights under Article III of the Constitution of the United

States to, among other things, have all final orders and/or judgments in this matter determined by

an Article III court ("Article III Rights").  Pursuant to the Amended Standing Order of Reference

from the United States District Court for the District of Delaware dated February 29, 2012

("Order"), Ms. Schusterman understands that it is the practice of this Court and of the District

Court that this Court will ordinarily retain supervision of this action for initial review of any

pretrial motions, subject to potential further review in the District Court.  Ms. Schusterman's

adherence to the practice set out by the District Court in the Order may not be deemed a waiver

of any Article III Rights.

WHEREFORE, Ms. Schusterman requests that the Court enter partial summary judgment

on Counts III, IV and the correlative portions of Count V of the complaint, and grant to her such

other and further relief as may be just and proper.

May 23, 2018

Respectfully submitted,

/s/ Michael R. Nestor
Michael R. Nestor (No. 3526)

David M. Stern (admitted pro hac vice)
David M. Guess (admitted pro hac vice)
**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, CA  90067-6049
(310) 407-4000

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square, 1000 North King Street
Wilmington, DE  19801
(302) 571-6699

Sabin Willett (admitted pro hac vice)
Andrew J. Gallo (admitted pro hac vice)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA  02110
(617) 341-7700

*Counsel for Defendant Stacy Schusterman*