**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SAMSON RESOURCES CORPORATION,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 15-11934 (BLS) |
| PETER KRAVITZ, as Settlement Trustee of and on behalf of the SAMSON SETTLEMENT TRUST;<br><br>Plaintiff,<br>v.<br><br>SAMSON ENERGY COMPANY, LLC, *et al.*,<br>Defendants. | Adv. Pro. No. 17-51524 (BLS) |

**MOTION OF THE SETTLEMENT TRUSTEE TO EXCEED PAGE LIMIT REQUIREMENT IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Peter Kravitz, as Settlement Trustee of and on behalf of the Samson Settlement Trust (the "**Settlement Trust**") established pursuant to the *Global Settlement Joint Chapter 11 Plan of Reorganization of Samson Resources Corporation and Its Debtor Affiliates (with Technical Modifications)* [Bankr. D.I. 2009] (the "**Plan**") files this motion (the "**Motion for Leave**") for leave to exceed the page limit requirement set forth in Bankr. LR 7007-2(a)(iv). In support of the Motion for Leave, the Settlement Trust respectfully states as follows:

**BACKGROUND**

1. On September 15, 2017, the Settlement Trust filed a complaint (the "**Complaint**") [Adv. D.I. 1] seeking to recover billions of dollars of cash and other assets that were distributed to the former shareholders of Samson Investment Company (the "**Company**") and their designees in connection with a massive flawed leveraged buyout undertaken in 2011 (the "**LBO**").

2. On May 23, 2018, the defendants filed the Motion of the Defendants Stacy Family Trust, SFT (Delaware) Management, LLC, ST 2008 (Delaware) Management, LLC, Schusterman 2008 Delaware Trust, Stacy Family Delaware Trust, Samson Exploration, LLC, Samson Offshore, LLC, and Samson Energy Company, LLC for Summary Judgment Based on Plan Release (the "**Motion**") [Adv. D.I. 45].

## RELIEF REQUESTED

3. Pursuant to Bankr. LR 7007-2(a)(iv), any answering brief filed by the Settlement Trust in response to the Motion is limited to forty pages.

4. The Settlement Trust respectfully submits that allowing its answering brief to exceed the applicable page limitations prescribed by Bankr. LR 7007-2(a)(iv) is reasonable and appropriate. The Settlement Trust respectfully requests ten additional pages, so that the total page count will be fifty. Through the Motion, the Defendants are raising complex, technical, and fact intensive questions for the Court to consider. Given the magnitude of this action and the complexity of the LBO, the Settlement Trust respectfully submits that the relief requested herein will aid the Court in its consideration of the Motion.

## CONCLUSION

WHEREFORE, the Settlement Trust respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A,** granting the relief requested and such other or further relief as the Court deems just and proper.

<table>
<tr><td>

Dated: June 28, 2018

</td><td>

Respectfully submitted,

**FARNAN LLP**

*/s/ Michael J. Farnan*
Joseph J. Farnan, Jr. (Bar No. 100245)
Joseph J. Farnan, III (Bar No. 3945)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
mfarnan@farnanlaw.com

</td></tr>
<tr><td>

*Of Counsel:*

Craig H. Averch
Ronald K. Gorsich
Mark E. Gustafson
**WHITE & CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, California 90071-2433
Telephone:   (213) 620-7700
Facsimile:   (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com
mgustafson@whitecase.com

</td><td>

Thomas E Lauria (*pro hac vice*)
**WHITE & CASE LLP**
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:   (305) 371-2700
Facsimile:   (305) 358-5744
tlauria@whitecase.com

J. Christopher Shore (*pro hac vice*)
Michele J. Meises (*pro hac vice*)
John J. Ramirez (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 819-8200
Facsimile:   (212) 354-8113
cshore@whitecase.com
michele.meises@whitecase.com
john.ramirez@whitecase.com

*Attorneys for the Settlement Trustee*

</td></tr>
</table>