# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SAMSON RESOURCES CORPORATION,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 15-11934 (BLS) |
| PETER KRAVITZ, as Settlement Trustee of and on behalf of the SAMSON SETTLEMENT TRUST;<br><br>    Plaintiff,<br>v.<br><br>SAMSON ENERGY COMPANY, LLC, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 17-51524 (BLS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2021, a copy of: (i) Expert Report of Todd W. Filsinger; (ii) Expert Report of Scott Baxter (Parts 1 and 2); and (iii) Expert Report of Richard F. Strickland, PhD, PE was served on the following as indicated:

<u>Via E-Mail</u>
Michael R. Nestor
Young Conaway Stargatt &Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com
*Attorneys for The Samson Defendants*

<u>Via E-Mail</u>
David M. Stern
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars,
Thirty-Ninth Floor
Los Angeles, CA 90067-6049
dstern@ktbslaw.com
*Attorneys for The Samson Defendants*

<u>Via E-Mail</u>
Sabin Willett
Andrew J. Gallo
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110
sabin.willett@morganlewis.com
andrew.gallo@morganlewis.com
*Attorneys for The Samson Defendants*

Dated: July 28, 2021

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Joseph J. Farnan, III (Bar No. 3945)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Thomas E Lauria (*pro hac vice*)
WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:    (305) 371-2700
Facsimile:    (305) 358-5744
tlauria@whitecase.com

J. Christopher Shore (*pro hac vice*)
Colin T. West (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 819-8200
Facsimile:    (212) 354-8113
cshore@whitecase.com
cwest@whitecase.com

*Attorneys for Plaintiff*