# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAMSON RESOURCES CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11934 (BLS)<br>(Jointly Administered) |
| PETER KRAVITZ, as Settlement Trustee of and on behalf of the SAMSON SETTLEMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SAMSON ENERGY COMPANY, LLC, *et al.*<br><br>Defendants. | Adv. Pro. No. 17-51524 (BLS) |

## SAMSON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER BANKRUPTCY CODE SECTION 546(e)

Pursuant to Federal Rule of Civil Procedure 56(a), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7056, the remaining Defendants[1] hereby move (the "Motion") for partial summary judgment on the issue whether Samson Investment Company ("Samson Investment") is a "financial participant" for purposes of sections 101(22A) and 546(e) of the Bankruptcy Code such that judgment should enter in Defendants' favor with respect to any transfers by Samson Investment, specifically including the transfers listed in paragraph 110 of the Complaint [Adv. Docket No. 8] of (i) $750,014,761 made to ST 2008

---

[1] The Court granted summary judgment as to two Defendants: Stacy Family Delaware Trust and Schusterman 2008 Delaware Trust. *Order Granting in Part and Denying in Part Moving Defendants' Motion for Summary Judgment* [Adv. Docket No. 86].

(Delaware), LLC; (ii) $1,044,062,838 made to SFT (Delaware) Management, LLC, and (ii) $955,922,401 made to the Charles and Lynn Schusterman Family Foundation.

As grounds, the Defendants rely on the *Declaration of Shane Randolph* [Docket No. 196] and the *Declaration of Samuel M. Kidder* [Docket No. 197], filed on March 9, 2020, the *Second Supplemental Declaration of Shane Randolph* and the *Second Supplemental Declaration of Samuel M. Kidder* filed herewith, the *Memorandum in Support of Samson Defendants' Motion for Partial Summary Judgment Under Bankruptcy Code Section 546(e)* filed herewith, and such additional facts and law as this Court may properly consider via judicial notice or otherwise.

## LOCAL RULE 7012-1 STATEMENT

Pursuant to Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the Defendants advise the Court that they do not waive, and to the contrary affirmatively assert, all of their rights under Article III of the Constitution of the United States to, among other things, have all final orders and/or judgments in this matter determined by an Article III court ("Article III Rights").  Pursuant to the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012 ("Order"), the Defendants understand that it is the practice of this Court and of the District Court that this Court will ordinarily retain supervision of this action for initial review of any pretrial motions, subject to potential further review in the District Court.  The Defendants' adherence to the practice set out by the District Court in the Order may not be deemed a waiver of any Article III Rights.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Defendants request that the Court enter an order (i) granting the Motion and entering partial summary judgment for the Defendants on the issue whether Samson Investment is a financial participant, and (ii) granting such other and further relief as may be just and proper.

March 11, 2022

Respectfully submitted,

/s/ Michael R. Nestor

| | |
|---|---|
| David M. Stern (admitted *pro hac vice*) | Michael R. Nestor (No. 3526) |
| Robert J. Pfister (admitted *pro hac vice*) | Michael S. Neiburg (No. 5275) |
| Samuel M. Kidder (admitted *pro hac vice*) | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| **KTBS LAW LLP, F/K/A KLEE, TUCHIN, BOGDANOFF & STERN LLP** | Rodney Square, 1000 North King Street |
| 1801 Century Park East, 26th Floor | Wilmington, Delaware 19801 |
| Los Angeles, California 90067 | (302) 571-6699 |
| (310) 407-4000 | mnestor@ycst.com |
| | |
| | Sabin Willett (admitted *pro hac vice*) |
| | Andrew J. Gallo (admitted *pro hac vice*) |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| | One Federal Street |
| | Boston, Massachusetts 02110 |
| | (617) 341-7700 |

*Counsel for Defendants*