IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAMSON RESOURCES CORPORATION, *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-11934 (BLS)<br>(Jointly Administered) |
| PETER KRAVITZ, as Settlement Trustee of and on behalf of the SAMSON SETTLEMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SAMSON ENERGY COMPANY, LLC, *et al.*,<br><br>Defendants. | Adv. Pro. No. 17-51524 (BLS) |

**MOTION OF DEFENDANTS SFT (DELAWARE) MANAGEMENT, LLC, ST 2008 (DELAWARE) MANAGEMENT, LLC, SAMSON EXPLORATION, LLC, SAMSON OFFSHORE, LLC, STACY FAMILY TRUST, STACY SCHUSTERMAN, LYNN SCHUSTERMAN, C. PHILIP THOLEN, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7056, Defendants SFT (Delaware) Management, LLC, ST 2008 (Delaware) Management, LLC, Samson Exploration, LLC, Samson Offshore, LLC, Stacy Family Trust, Stacy Schusterman, Lynn Schusterman, C. Philip Tholen, and Wilmington Savings Fund Society, FSB (collectively, the "Moving Defendants") move for summary judgment as to all remaining counts asserted against them in the Complaint on the basis that (i) they were released by the Debtors' *Global Settlement Joint Chapter 11 Plan* [Bankr. Docket No. 2009], (ii) there is no evidence that they were a direct or subsequent transferee of any of the transfers that form the basis of Plaintiffs' claims, and/or (iii) they are named solely in

their capacity as trustees of other defendants independently entitled to summary judgment.

As grounds, the Moving Defendants rely on the *Memorandum in Support of Motion for Summary Judgment as to Certain Defendants*, the *Declaration of Drew Phillips in Support of Motion for Summary Judgment as to Certain Defendants*, and the *Statement of Undisputed Facts in Support of Motion for Summary Judgment as to Certain Defendants* filed herewith, and such additional facts and law as this Court may properly consider via judicial notice or otherwise.

## LOCAL RULE 7012-1 STATEMENT

Pursuant to Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the Moving Defendants advise the Court that they do not waive, and to the contrary affirmatively assert, all of their rights under Article III of the Constitution of the United States to, among other things, have all final orders and/or judgments in this matter determined by an Article III court ("Article III Rights"). Pursuant to the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012 ("Order"), the Moving Defendants understand that it is the practice of this Court and of the District Court that this Court will ordinarily retain supervision of this action for initial review of any pretrial motions, subject to potential further review in the District Court. The Moving Defendants' adherence to the practice set out by the District Court in the Order may not be deemed a waiver of any Article III Rights.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Moving Defendants request that the Court enter an order (i) granting this motion and entering summary judgment on all remaining counts of the Complaint asserted against them; and (ii) granting such other and further relief as may be just and proper.

March 11, 2022                                                       Respectfully submitted,

/s/ *Michael R. Nestor*

| | |
|---|---|
| David M. Stern (admitted *pro hac vice*) | Michael R. Nestor (No. 3526) |
| Robert J. Pfister (admitted *pro hac vice*) | Michael F. Neiburg (No. 5275) |
| Samuel M. Kidder (admitted *pro hac vice*) | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| **KTBS LAW LLP, F/K/A KLEE, TUCHIN, BOGDANOFF & STERN LLP** | Rodney Square, 1000 North King Street |
| 1801 Century Park East, 26th Floor | Wilmington, DE  19801 |
| Los Angeles, California 90067 | (302) 571-6699 |
| (310) 407-4000 | mnestor@ycst.com |
| | |
| | Sabin Willett (admitted *pro hac vice*) |
| | Andrew J. Gallo (admitted *pro hac vice*) |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| | One Federal Street |
| | Boston, MA  02110 |
| | (617) 341-7700 |

*Counsel for the Moving Defendants*