**EXHIBIT C**

**Samson Affiliations Pre-2011 Acquisition**



As of December 1, 2011

\* Former owner of SIC shares from 2006-2010
\*\* Owner of SIC shares at time of 2011 Acquisition
\*\*\* SEC was formed November 29, 2011

+PYR Corporation; OSN Production Ltd; Cimarron Oil Field supply LLC; SGH Enterprises, Inc.
++Samson Canada Holdings, ULC; Samson Financing Limited Partnership; Samson Kelley Operating Company, Ltd.

# **EXHIBIT D**

**Samson Affiliations Post-2011 Acquisition**

As of the 2011 Acquisition



+PYR Corporation; OSN Production Ltd; Cimarron Oil Field supply LLC; SGH Enterprises, Inc.
++Samson Canada Holdings, ULC; Samson Financing Limited Partnership; Samson Kelley Operating Company, Ltd.

**<u>EXHIBIT E</u>**

## DISCLOSURE SCHEDULE
## TO
## STOCK PURCHASE AGREEMENT

3.6(a)  Subsidiaries of Company and officers and directors of Subsidiaries.

*(See pages 15 through 19 for Subsidiary List)*

*(See pages 20 through 29 for Officers and Directors List)*

Confidential  SEC-00191014

SAMSON INVESTMENT COMPANY
SUBSIDIARIES

| Name | Jurisdiction | Authorized and Outstanding Capitalization | Stockholders/Members/Partners |
|---|---|---|---|
| Ace Company | Oklahoma | No specific numbers identified. | 62% Samson Resources Company; employees, former employees own remaining interest. |
| Ace II Company | Oklahoma | No specific numbers identified. | 24.18% Samson Resources Company; employees, former employees own remaining interest. |
| Ace III Company | Oklahoma | No specific numbers identified. | 77.02% Samson Resources Company; employees, former employees own remaining interest. |
| Ace IV Company | Oklahoma | No specific numbers identified. | 70.77% Samson Resources Company; employees, former employees own remaining interest. |
| Ace V Company | Oklahoma | No specific numbers identified. | 67% Samson Resources Company; employees, former employees own remaining interest. |
| Arch Ventures Corporation | Delaware | 500 authorized shares, $1.00 per share par value/500 issued shares | Samson Investment Company |
| **Berry Gas Company | Oklahoma | 50,000 authorized common shares, $1.00 per share par value/ 500 issued shares | Samson Resources Company |
| Cimarron Oil Field Supply LLC | Oklahoma | No specific number of member interests identified in operating agreement. | Samson Investment Company |
| *Circle F Ranch Company | Oklahoma | No specific numbers identified. | .491% Samson Resources Company; remainder Schusterman family and third parties. |
| **Circle L Drilling Company | Oklahoma | 10,000 authorized shares, $1.00 per share par value/500 issued shares | Samson Investment Company |

15

| Name | Jurisdiction | Authorized and Outstanding Capitalization | Stockholders/Members/Partners |
|---|---|---|---|
| **Compression, Inc. | Oklahoma | 10,000 authorized common shares, $1.00 per share par value/500 issued shares | Samson Investment Company |
| **Dyco Petroleum Corporation | Minnesota | 500 authorized common shares, $.01 per share par value/500 issued shares | Samson Investment Company |
| **Eason Drilling & Services Company | Delaware | 100 authorized common shares, $100 per share par value/11 issued shares | Samson Investment Company |
| **Geodyne Depositary Company | Delaware | 5,000 authorized common shares, $.10 per share par value/5,000 issued shares | Geodyne Resources, Inc. |
| **Geodyne Institutional Depositary Company | Delaware | 5,000 authorized common shares, $.10 per share par value/5,000 issued shares | Geodyne Resources, Inc. |
| Geodyne Nominee Corporation | Delaware | 5,000 authorized common shares, $.10 per share par value/5,000 issued shares | Geodyne Resources, Inc. |
| Geodyne Resources, Inc. | Delaware | 500 authorized common shares, $.10 per share par value/500 issued shares | Samson Investment Company |
| *Mill Creek Gas Storage, LLC | Oklahoma | No specific number of member interests identified. | Samson Contour Energy E&P, LLC |
| *Northstar Industries, LLC | Delaware | No specific number of member interests identified, but identified as; 51% Samson, 49% NI Industrial | S Industrial, Inc. – 51%<br>NI Industries, Inc. – 49% |
| Ohio River Exploration LLC | Delaware | No specific number of member interests identified. | Samson Resources Company |
| **OSN Production Ltd. | Alberta | Unlimited authorized shares, no par value | Samson Investment Company |
| **PYR Cumberland LLC | Colorado | No specific number of member interests identified. | PYR Energy Corporation |
| PYR Energy Corporation | Maryland | 75,000,000 authorized common shares, $.001 per share par value, 1,000,000 authorized preferred shares, $.001 per share par value/1,000 common shares issued | Samson Investment Company |

16

Confidential
SEC-00191016

| Name | Jurisdiction | Authorized and Outstanding Capitalization | Stockholders/Members/Partners |
|---|---|---|---|
| **PYR Exploration LLC | Colorado | No specific number of member interests identified. | PYR Energy Corporation |
| **PYR Mallard LLC | Colorado | No specific number of member interests identified. | PYR Energy Corporation |
| **PYR Pintail LLC | Colorado | No specific number of member interests identified. | PYR Energy Corporation |
| S Industrial Inc. | Oklahoma | 25,000,000 authorized common shares, $.01 per share par value/10,000,000 issued shares | Samson Investment Company |
| SGH Enterprises, Inc. | Delaware | 1,000 authorized common shares, $1.00 per share par value/1,000 issued shares | Samson Investment Company |
| **SPI Resources, Inc. (formerly known as Samson Properties Incorporated) | Oklahoma | 10,000 authorized common shares, $1.00 per share par value/500 issued shares | Samson Investment Company |
| Samson Canada Holdings, ULC | Alberta | Unlimited authorized shares, no par value/ 25,001,100 issued shares, $1 per share | Samson Holdings, Inc. |
| *Samson Concorde Gas Intrastate, Inc. | Delaware | 1,000 authorized shares, no par value/1,000 issued shares | Samson Contour Energy E&P, LLC |
| **Samson Concorde Gas Marketing, Inc. | Delaware | 1,000 authorized shares, no par value/1,000 issued shares | Samson Contour Energy E&P, LLC |
| Samson Contour Energy Co. | Delaware | 10,000 authorized common shares, $1.00 per share par value/2,200 issued shares | Samson Resources Company |
| Samson Contour Energy E&P, LLC | Delaware | 1,000 membership interests | Samson Contour Energy Co. |
| **Samson Euro-Asia Ltd. | Oklahoma | 10,000 authorized common shares, $1.00 per share par value/500 issued shares | Samson-International, Ltd. |
| ***Samson Financing Limited Partnership | Alberta | $1,000 initial capital, 1 unit | GP – PennWest (f/k/a Samson Exploration)<br>LP – Samson Canada Holdings ULC |
| Samson Holdings, Inc. | Delaware | 10,000 authorized common shares, $1.00 | 1,000 shares-Samson Investment |

17

| Name | Jurisdiction | Authorized and Outstanding Capitalization | Stockholders/Members/Partners |
|---|---|---|---|
| | | per share par value/9,225 issued shares | Company<br>8,225 shares – Samson-International, Ltd. |
| Samson-International, Ltd. | Oklahoma | 10,000 authorized common shares, $1.00 per share par value/600 issued shares | Samson Investment Company |
| ***Samson-International (Australia) PTY Ltd. | Australia | Authorized shares unlimited/1,000 shares issued at $1 per share | Samson-International, Ltd. |
| Samson Kelley Operating Company, Ltd. | Texas | No specific numbers identified. | Managing GP – Samson Contour Energy E&P, LLC<br>Special GP – Samson Petrofunds, Inc.<br>LP-Samson Contour Energy E&P, LLC |
| *Samson Lone Star, LLC | Texas | 5,359 issued member interests | 1%-Samson Resources Company (54 member interests)<br>99% - Samson Holdings Inc. (5,305 member interests) |
| Samson North Sea Limited | England & Wales | 1,000 authorized ordinary shares, 1£ per share/1,000 issued shares | Samson-International, Ltd. |
| *Samson Offshore Company | Oklahoma | 10,000 authorized common shares, $1.00 per share par value/500 issued shares | Samson Resources Company |
| **Samson Oil & Gas Development, Inc. | Oklahoma | 10,000 authorized common shares, $1.00 per share par value/500 issued shares | Samson-International, Ltd. |
| **Samson Petrofunds, Inc. | Delaware | 1,000 authorized common shares, no par value/ 1,000 issued shares | Samson Contour Energy E&P, LLC |
| **Samson R&C Company LLC | Delaware | No specific number of member interests identified. | S Industrial Inc. |
| Samson Resources Company | Oklahoma | 5,000,000 authorized common shares, $.01 per shares par value; 20,000 authorized preferred shares, $1,000 per share par value/1,257,637 common | Samson Investment Company |

18

Confidential
SEC-00191018

| Name | Jurisdiction | Authorized and Outstanding Capitalization | Stockholders/Members/Partners |
|---|---|---|---|
| | | issued | |
| *Sawgrass Storage LLC | Delaware | No specific number of member interests identified. | 50% - Mill Creek<br>50% - Cypress Creek (Nicor) |
| Sherwood Group, LP | Texas | GP-1%; LP-99%, $500,000 initial capital contribution | GP – Eason Drilling & Services Co.-1%<br>LP – Samson Holdings, Inc.-99% |
| Snyder Exploration Company | Texas | 1,000,000 authorized common shares, $1 per share par value; 1,000,000 authorized preferred shares, $ 1 per share par value/ 10,000 issued common shares | Geodyne Resources, Inc. |

---

*Part of Gulf Coast and Offshore Reorganization and/or Selling Stockholder Transaction (See Article VII and Section 10.9 of the Stock Purchase Agreement and Section 10.9 of the Disclosure Schedule.)
**Inactive entity. In process of dissolution.
***Awaiting final dissolution documents from applicable jurisdiction.

19

**EXHIBIT F**

## ASSIGNMENT OF MEMBERSHIP INTEREST

For value received, Samson Resources Company, an Oklahoma corporation ("Assignor"), herewith sells, assigns, transfers and conveys to Samson Energy Company, LLC, a Delaware limited liability company ("Assignee"), the entirety of Assignor's right, title and interest as a member of and in Samson Offshore, LLC, an Oklahoma limited liability company (the "Company").

This Assignment of Membership Interest in the Company is made in accordance with and in satisfaction of the requirements of Article IX of that certain Limited Liability Company Operating Agreement dated December 8, 2011 for the Company.

IN WITNESS WHEREOF, Assignor has executed this Assignment this 19th day of December, 2011.

SAMSON RESOURCES COMPANY

By: _____
Michael G. Daniel
Vice President-General Counsel

LG14\AssignofMembershipInt(SRC)

Confidential
SEC-00193528

**EXHIBIT G**

## ASSIGNMENT OF MEMBERSHIP INTEREST

For value received, Samson LS, LLC, a Delaware limited liability company ("Assignor"), herewith sells, assigns, transfers and conveys to Samson Energy Company, LLC, a Delaware limited liability company ("Assignee"), the entirety of Assignor's right, title and interest as a member of and in Samson Lone Star, LLC, a Texas limited liability company (the "Company").

This Assignment of Membership Interest in the Company is made in accordance with and in satisfaction of the requirements of Article IX of that certain Limited Liability Company Operating Agreement dated June 19, 2007, as amended, for the Company.

IN WITNESS WHEREOF, Assignor has executed this Assignment this 19th day of December, 2011.

SAMSON LS, LLC

By: _____
Michael G. Daniel
Vice President-General Counsel

LG14\AssignofMembershipInt(SamsonLS)

Confidential
SEC-00193527