## **EXHIBIT A**

    i. **June 1, 2022**, is the date by which the Parties shall exchange any proposed amended pleadings.

   ii. **June 1, 2022**, is the date by which the Parties shall exchange proposed statements of facts that are admitted and require no proof and issues of law that remain to be litigated.

  iii. **June 10, 2022** is the date by which the Parties shall inform each other whether they intend to object to any amended pleading proposed by the other Party.

  iv. **June 15, 2022**, is the date by which the Parties shall meet and confer to (i) agree upon a proposed statement of facts that are admitted and require no proof and (ii) attempt to resolve any disputes regarding proposed amendments to the pleadings

   v. **June 30, 2022**, is the date by which the Parties shall file any amendments of the pleadings desired by any party with a statement whether it is unopposed or objected to and, if objected to, the grounds thereon.

  vi. **June 30, 2022**, is the date by which the Parties shall file any motions in limine.

 vii. **July 15, 2022**, is the date by which the Parties shall exchange: (1) a list of exhibits, including designations of interrogatories and answers thereto, requests for admissions and responses, and deposition excerpts that each party intends to offer at trial as part of its case in chief; and (2) the names of all witnesses each party intends to call to testify, either in person or by deposition, at the trial as part of its case in chief.

 viii. **July 29, 2022**, is the date by which the Parties shall file oppositions to any motions in limine.

  ix. **August 1, 2022**, is the date by which the Parties shall exchange: (1) a list identifying which exhibits, interrogatories, requests for admissions, and deposition excerpts proposed by the opposing Party may be admitted in evidence without objection, and for those which are objected to, the grounds for objection; (2) a list of any additional exhibits, interrogatories, requests for admissions, and deposition excerpts that each Party intends to offer at trial as part of its case in chief that have been identified by the Party as being responsive to items identified by the opposing party in the July 15, 2022 exchange; and (iii) any additional deposition excerpts consistent with Federal Rule of Civil Procedure 32(a)(6) to supplement the opposing Party's **July 15, 2022** submission.

   x. **August 8, 2022**, is the date by which the Parties shall exchange a list identifying which of those additional exhibits, interrogatories, requests for admissions, and deposition excerpts identified by the opposing Party on **August 1, 2022** may be admitted in evidence without objection, and for those which are objected to, the grounds for objection.

  xi. **August 15, 2022**, is the date by which the Parties shall exchange a final list of exhibits, interrogatories, requests for admissions, and deposition excerpts that each party intends to offer at trial, with a specification as to those that may be admitted in evidence without objection,

    those to which there are objections and the grounds for objection, and the grounds for admission relied on by the proponent of the exhibit.

xii. **August 15, 2022**, is the date by which the Parties shall file any replies in further support of motions in limine.

xiii. **September 1, 2022**, is the date by which the Parties shall file their Joint Pre-Trial Filing. The Joint Pre-Trial Filing shall include:

1. A statement of facts that are admitted and require no proof.

2. The Parties' Joint Exhibit List, consisting of exhibits that any party offers in its case in chief as to which there are no objections.

3. A copy of the excerpts of each deposition that any Party will offer in its case in chief, submitted in video and written format so as to show the testimony offered by each side, and identifying the position of each Party as to any such testimony whose admission is objected to.

4. A copy of each premarked exhibit on the Joint Exhibit List will be provided to the Court in the manner designated by Local Rule 7016-2(d)(vii).

xiv. **September 1, 2022**, is the date by which each Party shall file its Party Pre-Trial Filing. The Party Pre-Trial Filing shall include the Party's:

1. Trial brief, of no more than 50 (fifty) pages, which shall include, inter alia, summaries of the disputed issues of fact and law that the party contends remain to be litigated.

2. Proposed findings of fact and conclusions of law.

3. Party Exhibit List, identifying in chart form (i) each exhibit the Party seeks to offer in its case in chief as to which an opposing Party has objected, (ii) the asserted grounds for objection supplied by the objecting Party, (iii) the offering Party's grounds for admission. A copy of each exhibit on the Party Exhibit List will be provided to the Court in the manner designated by Local Rule 7016-2(d)(vii).

xv. **September [6], 2022**, shall be the date of the Final Pre-Trial Conference