CASE NAME: Kravitz v. Samson
CASE NUMBER: 17-51524
COURTROOM NUMBER: 1
DATE: 5/19/2022

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| MICHAEL NEIBURG | YCST | DEFENDANTS |
| Andrew Gallo | Morgan Lewis | " |
| Sabin Willett | " | " |
| Makhit Duncan | " | " |
| DAVID STERN | KTBS | " |
| MARK LAUER | SAMSON | |
| Chris Shore | White & Case | Kravitz |
| Colin West | " | " |
| Michael Farnan | Farnan LLP | " |