UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



**BRENDAN LINEHAN SHANNON**
**JUDGE**

**824 N. MARKET STREET**
**WILMINGTON, DELAWARE**
**(302) 252-2915**

September 27, 2022

Michael J. Farnan, Esquire
Farnan, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

Michael S. Neiberg, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square North, 1000 North King Street
Wilmington, DE 19801

J. Christopher Shore, Esquire
White & Case, LLP
1221 Avenue of the Americas
New York, NY 10020

Sabin Willett, Esquire
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 02110

David M. Stern, Esquire
KTBS Law LLP
1801 Country Park East
26th Floor
Los Angeles, CA 90067

      Re:    In re: Samson Energy Resources Corporation
                Case No. 15-11934 (BLS)
                In re: Kravitz v. Samson Energy Company LLC, et al.
                Adv. Proc. No. 17-51524 (BLS)

Dear Counsel:

    The Court in is receipt of the Defendants' Offer of Proof [Docket No. 438] requesting that the Court revisit its prior determination that Ms. Roski would be permitted only to provide rebuttal testimony at trial on behalf of the Defendants. While the Court acknowledges the Defendants' desire to develop as full a trial record as possible, I am not satisfied that it would be appropriate to permit Ms. Roski to testify in areas previously excluded by the Court. First, consistent with the Court's admittedly brief ruling on the eve of trial, it does not appear that Ms. Roski's proffered testimony would materially assist the Court in determining whether the elements of a fair market value exchange were present. Second, and more importantly, we are in the midst of a trial that is set to resume tomorrow morning after a five-day hiatus. It would be unfair and unduly burdensome to Trustee's counsel to be prepared

Michael J. Farnan, Esquire
Michael S. Neiberg, Esquire
J. Christopher Shore, Esquire
Sabin Willett, Esquire
David M. Stern, Esquire
September 27, 2022
Page 2

to cross-examine Ms. Roski on an affirmative case that the Court had previously excluded prior to the start of trial.  The request to expand Ms. Roski's ambit of testimony is therefore respectfully declined.

                Very truly yours,

                Brendan Linehan Shannon
                United States Bankruptcy Judge

BLS/jmw